

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA J. EHRLICH**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2549
iehrlich@law.nyc.gov

February 25, 2025

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

      Re:   <u>Monique Williams v. The City of New York, et al</u>
            24-cv-05467 (LJL)

Dear Judge Liman:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant NYC Health and Hospitals Corporations in the above-referenced matter. The undersigned writes pursuant to Local Civil Rule 1.4 to request an Order from the Court substituting the undersigned as counsel of record in place of Rene Louis Macioce, who has left our office. This matter has been reassigned to me.

      I thank the Court for its consideration of this matter.

                                                Respectfully submitted,

                                                */s/ Ilona J. Ehrlich*

                                                Ilona J. Ehrlich
                                                Assistant Corporation Counsel

Encls.

cc:      All Counsel of Record (Via ECF)