**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MONIQUE WILLIAMS,

                    Plaintiff,                  **24 Civ. No. 5467 (LJL)**

        -against-                      **<u>PRE-SETTLEMENT</u>**
                                            **<u>CONFERENCE ORDER</u>**

THE CITY OF NEW YORK, *et al.,*

                    Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **<u>Wednesday, April 8,</u>**

**<u>2026 at 10:00 a.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference.

The parties are directed to consult the undersigned's Settlement Conference Procedures,

available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference

via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 503 068**

**72#.**  Prior to the call, counsel are directed to confer with each other and their clients so that,

during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
             March 18, 2026

                                    _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge